# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | No. 09-04184M-001-PCT-MEA |
|---|---|
| Plaintiff, | |
| v. | RELEASE AND TRANSPORTATION ORDER |
| Deshontae Lamar Blackman, | |
| Defendant. | |

The defendant having qualified for pretrial release and placement at Recovery Homes Incorporated.

IT IS HEREBY ORDERED that the United States Marshal transport defendant to the Sandra Day O'Connor Courthouse on August 25, 2009 for release to the custody of Recovery Homes Incorporated. A bag and baggage hearing before the Court will **not** be required. The defendant shall reside pretrial at said facility as previously ordered by the Court.

DATED this 13th day of August, 2009.

_____
Mark E. Aspey
United States Magistrate Judge